AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Dassault Systemes SolidWorks Corporation,
              Plaintiff,

v.

PARPRO (Nevada) Inc,

              Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01327-RFB-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default judgment entered in favor of Plaintiff, Dassault Systemes SolidWorks Corporation, against Defendant, PARPRO (Nevada) Inc. Plaintiff is awarded a total of $418,708.15: $12,069 in actual damages for breach of the licensing agreement, $60,345 in statutory damages for copyright infringement, $340,000 in statutory damages for circumventing Dassault's technological measures, and $6,294.15 in attorney fees and costs. This case is now closed.

November 9, 2022
Date

DEBRA K. KEMPI
Clerk

/s/ T. Roush-Wallace
Deputy Clerk